5590-5
KEF/tlp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MONEL S. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No.:    16-2045 |
| | ) |
| C/O ROGER SCHROEDER and | ) |
| LIEUTENANT ROBERT CRAVENS, | ) |
| | ) |
| Defendants. | ) |

**ANSWER PURSUANT TO MERIT REVIEW ORDER OF APRIL 20, 2016,
ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COME the Defendants, ROGER SCHROEDER and ROBERT CRAVENS, by KEITH E. FRUEHLING of HEYL, ROYSTER, VOELKER & ALLEN, and hereby provides this Answer Pursuant to the Merit Review Order entered April 20, 2016, mandating an Answer to the Plaintiff's Complaint, and in further support thereof, state as follows:

1. On April 20, 2016, this Court entered a Merit Review Order regarding Plaintiff's Complaint. In said Order, this Court ruled that the Plaintiff may proceed on his Fourteenth Amendment claim for conditions of confinement against the above-referenced Defendants.

**ANSWER:  The Defendants deny that they violated the Plaintiff's Fourteenth Amendment claim for conditions of confinement alleged by the Plaintiff at any time. These Defendants deny the factual basis set forth in the hand-written allegations of the Plaintiff's Complaint. In addition, these Defendants deny that they violated Plaintiff's rights under the theories allowed in the Court's April 20, 2016 Merit Review Order. Specifically, the Defendants deny that they violated Plaintiff's federal rights by causing him to be housed in confinement in conditions which offended the rights granted to**

**Plaintiff under the Fourteenth Amendment to the United States Constitution. Finally, Defendants deny that the Plaintiff suffered any damages and demands strict proof thereof.**

2. As set forth above, Plaintiff's claim of violation of his Fourteenth Amendment rights for conditions of confinement is the only claim allowed pursuant to the Merit Review Order entered on April 20, 2016.

**ANSWER: Accordingly, this Defendant makes no answer to any other claim as none exist.**

WHEREFORE, the Defendants, ROGER SCHROEDER and ROBERT CRAVENS, respectfully request that this Court enter judgment on their behalf and against the Plaintiff, MONEL S. BROWN, denying him the relief that he prays for in his Complaint, for costs, and any other relief the Court deems fit.

**THESE DEFENDANTS DEMAND A TRIAL BY JURY ON ALL CAUSES IDENTIFIED BY THE COURT IN ITS MERIT REVIEW ORDER.**

<u>**AFFIRMATIVE DEFENSES**</u>

NOW COME the Defendants, ROGER SCHROEDER and ROBERT CRAVENS, by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), these Defendants set forth their Affirmative Defenses as follows:

1. To the extent Plaintiff has failed to exhaust his administrative remedies, these Defendants are entitled to judgment as a matter of law.

2. Plaintiff's claim is barred by qualified immunity.

3. To the extent that Plaintiff's Complaint seeks to assert any claims for damages sustained more than two years before Plaintiff filed his Complaint, said claims are time-barred.

4. To the extent that Plaintiff seeks to hold any of the above-named Defendants liable for acts or omissions of anyone other than themselves under federal law, said claims are barred by law and Section 1983 does not allow claims based on vicarious liability or *respondeat superior* theories.

5. To the extent that Plaintiff seeks punitive damages against any Defendant in his or their official capacity, said Defendants is/are entitled to judgment as a matter of law in that federal law does not allow punitive damages in that context.

**DEFENDANTS DEMAND A TRIAL BY JURY ON ALL AFFIRMATIVE DEFENSES**

Respectfully submitted,

ROGER SCHROEDER and ROBERT CRAVENS,
Defendants

BY: s/ Keith E. Fruehling
Attorney for Defendants
ARDC #6216098
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@heylroyster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, I electronically filed the foregoing ANSWER PURSUANT TO MERIT REVIEW ORDER OF APRIL 20, 2016, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Mr. Monel S. Brown
M07378
Dixon Correctional Center
Inmate Mail/Parcels
2600 N. Brinton Ave.
Dixon, IL 61021

        s/ Keith E. Fruehling
        Attorney for Defendants
        ARDC #6216098
        Heyl, Royster, Voelker & Allen
        102 E. Main Street, Suite 300
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail:  kfruehling@heylroyster.com

30350133_1.DOCX